UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


The Timberland Company

    v.                     Case No. 06-cv-17-PB

Sportzone, S.A.

_____

ORDER

    Re: Document No. 2, Ex Parte Motion for Temporary Restraining Order and for Preliminary Injunction

    Ruling: The clerk shall set a hearing on the motion. The hearing shall occur within the next seven days. The moving party shall notify the respondent of the hearing.

                                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    U.S. District Judge

Date: January 19, 2006

cc: Steven Grill, Esq.